UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SHERYL WULTZ, et al.

    Plaintiffs,

                Civil File No. 1:08-cv-01460 (RCL)

v

THE ISLAMIC REPUBLIC OF IRAN,

et al.,

    Defendants.

## DECLARATION OF WALTER P. LOUGHLIN

I, Walter P. Loughlin, declare and state as follows:

1. I am a partner with the law firm K&L Gates LLP, counsel to Defendant Bank of China Limited ("BOC") in this action.

2. I have been admitted *pro hac vice* to practice in this Court. I am familiar with the facts in this matter and submit this Declaration in connection with Defendant BOC's Motion To Dismiss the First Amended Complaint.

3. Attached to this Declaration are true and correct copies of the following documents:

  a. Exhibit 1, *Israeli Victims of Terror File Suit Against Bank of China*, Wall Street Journal, Aug. 23, 2008, at p. A5;

  b. Exhibit 2, *Cash sent to Gaza banks*, Haaretz, Dec. 12, 2008;

c. Exhibit 3, Plaintiffs' Memorandum of Points and Authorities filed in *Zahavi v. Bank of China Ltd.*, No. CV 08-06236, an action recently dismissed, voluntarily by the plaintiffs, in the United States District Court for the Central District of California;

d. Exhibit 4, *Prevention of Terrorism Ordinance, 5708-1948*;

e. Exhibit 5, *The Penal Law, 5737-1977*, ¶¶ 145-148;

f. Exhibit 6, *The Penal Law of Israel (626/1996)*, ¶¶ 13-14; and

g. Exhibit 7, *The Defence (Emergency) Regulations of 1945*.

4. In connection with BOC's motion to dismiss, on behalf of BOC, my law firm engaged Rina Ne'eman Hebrew Language Services, Inc. ("Hebrew Language Services") to translate into English five judicial opinions issued by the Supreme Court of the State of Israel. True and correct copies of these translations are attached to this Declaration:

a. Exhibit 8, CA 145/80 *Vaknin v. Beit Shemesh Local Council* [1982] IsrSC 37(1) 113;

b. Exhibit 9, CA 915/91 *State of Israel v. Levy*, [1994] IsrSC 48(3) 45;

c. Exhibit 10, S. Ct. 1740/91 *Barclays Discount Bank v. Frost Kostman* [1993] IsrSC 47(5) 31;

d. Exhibit 11, CA 8068/01 *Ayalon Insurance Company Ltd. v. Executor of the Oppalger Estate* [2004] IsrSC 59(2) 349; and

e. Exhibit 12, CA 1636/98 *Rav Bariach Ltd. v. Havshush Vehicle Accessory Trading House Ltd.* [2001] IsrSC 55(5) 337.

5. Attached to each translation is a Certificate of Accuracy prepared and executed by a representative of Hebrew Language Services. As described in these certificates, Hebrew

- 3 -

Language Services "is a company that specializes exclusively in Hebrew Translation, with over twenty five years of experience in the translation industry."

6.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2009
       New York, New York

_Walter P. Loughlin (by SPK)_
Walter P. Loughlin