# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SHERYL WULTZ, et al.

      Plaintiffs,

v.                                                    Civ. No. 08-01460 (RCL)

THE ISLAMIC REPUBLIC OF IRAN, et al.

      Defendants.

## DECLARATION OF JEREMY STERN

Jeremy Stern, of Beit Shemesh, Israel, declares pursuant to 28 U.S.C. §1746, as follows:

1. I am a graduate of Princeton University, the Law Faculty of the Hebrew University in Jerusalem, a member of the Israeli Bar and I practice law in Israel. I am fluent in Hebrew and English and I am capable of translating accurately between these languages.

2. Attached hereto is an accurate English-language translation of the original Hebrew-language decision issue by the Israeli Supreme Court in C.A. 1432/03 *Yinon Food Products v. Kara'an* on September 1, 2004.

3. I have conducted a thorough search of Israeli case law since *Yinon* and have not found any case (from the Supreme Court or otherwise) that derogates from the unanimous holding in *Yinon* (at ¶¶ 25-26) abolishing the "double actionability" doctrine in Israel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

September 29, 2009

                                                    _____
                                                    Jeremy Stern