UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

-------------------------------------------------------------------X

WULTZ, et al.,

Plaintiffs,

Docket no.
08 Civ. 1460 (RCL)

-against-

ISLAMIC REPUBLIC OF IRAN, et al.

Defendants.

-------------------------------------------------------------------X

**DECLARATION OF RICHARD B. EDELMAN**

**RICHARD B. EDELMAN**, pursuant to 28 U.S.C. § 1746, declares and states as follows subject to the penalties for perjury of the United States of America:

1. I have been asked by plaintiff's counsel to render an expert opinion in the matter captioned above.

2. I have prepared a report which sets forth my opinion, which is attached hereto as Exhibit A. Also contained in Exhibit A, and annexed to my report, is my *curriculum vitae,* and my publication and testimony history.

3. To the best of my knowledge and abilities, the facts and opinions contained in my report and *curriculum vitae* are true and correct.

Dated: February 19, 2012

**RICHARD B. EDELMAN**