# Richard B. Edelman, Ph.D.

**Economic Analysis for Litigation Support • www.economic-analysis.com**

**8515 Whittier Boulevard**
**Bethesda, MD 20817-6816**
**(301) 469-9575 (800) 257-8626**
**Fax (301) 469-9598**


February 13, 2012

Mr. Robert J. Tolchin, Esq.
Berkman Law Office
111 Livingston Street,
Brooklyn, New York 11201

re: Daniel Wultz

Dear Mr. Tolchin:

Per your request, I have valued Mr. Daniel Wultz's after-tax lost earnings and benefits based on Ms. Ford's vocational report. That report indicates that in the absence of his passing, Mr. Wultz could have earned income at a level typically achieved by a male with an undergraduate university education.

The after-tax, survival-weighted loss, in February 2012 dollars less personal consumption expenditures, is **$2,568,634**.

The calculation means that if **$2,568,634** is invested at prevailing interest rates, the past loss is immediately replaced and the future loss can be withdrawn each year over Mr. Wultz's work life. At the end of that time, the investment is depleted.

Thank you.

Sincerely,

Dr. Richard B. Edelman

# VALUATION OF LOST EARNINGS AND BENEFITS

Mr. Daniel Wultz

By

Dr. Richard B. Edelman
Professor Emeritus of Finance
The American University
Washington D.C. 20016

Prepared for

Robert J. Tolchin, Esq.
Berkman Law Office
111 Livingston Street,
Brooklyn, New York 11201

February 2012

**VALUATION OF AFTER-TAX LOST EARNINGS AND BENEFITS**
Mr. Daniel Wultz

This analysis is a valuation of Mr. Wultz's after-tax lost income and benefits based on Ms. Ford's vocational report. In that report, Ms. Ford indicates that absent passing, Mr. Wultz could have attained the average earnings shown by the Federal statistics for a male with an undergraduate university education.

The report briefly reviews the background of the case and explains the methodology used. The survival-weighted after-tax loss, in February 2012 dollars less personal consumption expenditures, is **$2,568,634**[1].

**BACKGROUND**

Mr. Wultz was a resident of Florida born on December 6, 1989. On May 14, 2006, at the age of sixteen years and five months, Mr. Wultz passed away after a bombing in Tel Aviv. Ms. Ford indicates that in the absence of his passing, he would have finished an undergraduate university education and become employed at a level of income consistent with that education. Consequently, there has been a loss of earnings and benefits.

It is the purpose of this paper to conservatively calculate the value of this loss. Documentation provided includes Ms. Ford's February 6, 2012 vocational report, the Complaint and answers to questions asked of survivors and Counsel by this analyst.

---

[1]This amount does not include past medical expenses nor funeral expenses.

**METHODOLOGY**

The methodology to develop the value of the loss is in three parts. First, life and work life expectancies are discussed. Second, annual earnings and fringe benefits are calculated for each year over Mr. Wultz's work life expectancy. The vocational expert, Ms. Ford, indicates in her February 6, 2012 report that Mr. Wultz would have completed an undergraduate university education. Employment at a level of wages typically earned by a male with an undergraduate education would have begun thereafter[2].

Those earnings are shown in the Federal statistics as the age-earnings profile for a male with an undergraduate degree. All future values in this paper include fringe benefits and are adjusted for (a) cost-of-living and (b) are reduced for (1) survival probabilities, (2) Federal, State and FICA taxes and (3) personal consumption expenditures.

Finally, the February 2012 present value of the lost earnings is calculated using a portfolio that contains no default or interest rate risk. That immunized portfolio, reflecting current interest rates and consisting of riskless short, intermediate and long-term U.S. Treasury securities, returns an amount sufficient to replace the future losses with absolute

---

[2]Ms. Ford mentions that it is possible that Mr. Wultz's ultimate level of education would have been beyond an undergraduate degree. That additional education is not specified with a reasonable degree of certainty and in order to present a conservative valuation of the loss, this paper assumes no additional education beyond an undergraduate degree.

certainty and pay taxes on earned interest[3]. The present values are totaled and that total is the loss in current dollars.

## 1. LIFE AND WORKLIFE EXPECTANCIES

### A. Life Expectancy

The U.S. Department of Health and Human Services reports in the U.S. Decennial Life Tables: United States that a sixteen to seventeen year old white male has a life expectancy of sixty years through age seventy-seven in 2066 [8].

Although age seventy-seven was Mr. Wultz's life expectancy, it is possible that he would not have survived to his life expectancy or even to his retirement age because of unrelated accidents or illnesses. Alternatively, he could have survived well beyond his life expectancy. That is, the life expectancy age is an average date of death and not the absolute age of death. For this reason, the appropriate treatment of life expectancy is to reduce all future earnings figures by the probabilities of survival. The probabilities of survival for each year from his passing in 2006 forward are derived from the life tables and these probabilities are used to reduce annual future earnings calculated in this analysis[4] [8].

### B. Work Life Expectancy

Although employees often intend to retire at age sixty-five

---

[3]No prejudgment interest is included in this analysis.

[4]There is no medical opinion provided that indicates Mr. Wultz's life expectancy differed from that of the general population.

or at the point when full Social Security eligibility is reached, the number of years remaining in the work force may vary because of illness, desire to continue or discontinue working, periodic layoffs, economic cycles, inability to perform the physical or intellectual demands of a job, qualification for full retirement benefits, family obligations or a variety of other factors. For a twenty-two year old male with an undergraduate education, thirty-nine years remain in the work force [4].

## 2. LOST EARNINGS AND BENEFITS

A. Income:

The calculation of average earnings for a male with an undergraduate education is accomplished by modeling earnings figures reported by the Federal Government for age and level of education (e.g., the age-earnings profile). The loss begins in the last half of 2011 and extends through Mr. Wultz's work life expectancy at age sixty-one.

The U.S. Census Bureau shows that the 2010 average level of earnings in five year blocks for a male with a university education are as follows [6]:

| Observed 2010 Earnings Centered On Age: | Males With a University Education |
|---|---|
| 21 | $42,074 |
| 27 | $52,519 |
| 32 | $66,399 |
| 37 | $85,730 |
| 42 | $86,348 |
| 47 | $90,703 |
| 52 | $89,896 |

| Observed 2010 Earnings Centered On Age: | Males With a University Education |
|---|---|
| 57 | $95,744 |
| 62 | $80,008 |

Because the lost earnings analysis in this paper requires earnings on a year-by-year basis (rather than in five year blocks) over Mr. Wultz's work life, a regression equation is fit to the distribution of earnings shown above. This equation is then used to calculate the anticipated year-by-year earnings loss for Mr. Wultz.

A second order polynomial regression equation is fitted to the observed earnings shown above [2]. A polynomial regression is used because that form best reflects the behavior of income as people age [6]. That is, earnings increase rapidly during the early part of a person's career, then level and begin to decline in the later years as people become less productive or simply reduce the number of hours they work[5].

The regression equation for 2010 earnings for a male with a high school education is:

$$\text{Earnings}_t = -\$70{,}487.06 + \$6{,}505.33(\text{Age}_t) - \$65.23(\text{Age}_t)^2 \quad (1)$$

with a coefficient of multiple determination ($R^2$) of 94.9

[5]This is a typical age-earnings profile.




**Figure 1**

percent[6]. That is, almost ninety-five percent of the variation in cross-sectional earnings for a male with an undergraduate education can be attributed to age.

Figure 1 shows both the observed and predicted age-earnings profiles derived from Equation (1).

B. Fringe Benefits

There are a wide variety of non-monetary fringe benefits that are provided and funded by employers. The Statistical

[6]Significant at the .001 level.

Abstract reports that these benefits typically include sick leave, annual leave, paid holidays, medical insurance, life insurance, pension contributions and various legally required items [7, 10].

The U.S. Department of Labor reports that fringe benefits for private sector workers average 33.8 percent of monetary income (excluding contributions to Social Security) [10]. The only fringe benefit that varies directly with earnings is the employer's contributions toward the funding of retirement savings. For all workers, that contribution averages 5.1 percent of monetary earnings and is considered lost. (Vacation and sick leave are part of monetary earnings and are not double counted as a fringe benefit.)

C. Earnings Growth

The age-earnings profiles are based on 2010 data. That is, Equation (1) shows the cross sectional age-earnings profile at one point in time (e.g., 2010). This analysis requires earnings over Mr. Wultz's work life from age twenty-two in 2011 forward. Therefore, earnings shown for each age in the 2010 Federal tables must be brought to their future values prior to discounting.

Earnings rise with the passage of time due to three factors: (1) promotions and higher productivity, (2) merit raises and (3) cost-of-living adjustments. This analysis conservatively calculates only cost-of-living and productivity adjustments shown in the Federal forecast of wage growth. No promotions, bonus payments nor special merit raises are assumed other than those

reflected in the Federal data.

Wages in 2011 are increased from their 2010 value using the actual wage growth experienced in 2011. That growth was 1.60 percent [9]. Because of the economic downturn, wage growth in 2012 and 2013 is based on the growth in the Consumer Price Index (CPI) forecasted by the Federal Government[7]. Those rates are 1.70 and 1.90 percent in 2012 and 2013 respectively [5].

Subsequent to 2013, wage growth is based on the Federal forecast of average growth for all workers. That forecast, made in May 2011 for 2014 and beyond, is shown by the Social Security Administration in its Annual Report to the Congress [5] and showed these projected annual wage increases:

| Year | Projected Average Wage Growth |
|---|---|
| 2014 | 4.2% |
| 2015 | 3.9% |
| 2016 | 4.0% |
| 2017 | 4.0% |
| 2018 | 4.4% |
| 2019 | 4.2% |
| 2020 | 3.9% |
| 2021 | 3.9% |
| 2022 | 3.9% |
| 2023 | 3.9% |
| 2024 | 3.9% |
| 2025 | 3.9% |
| 2026 and Beyond | 4.0% |

This methodology produces average annual wage growth of 3.83 percent over Mr. Wultz's work life expectancy. No additional

[7]The growth in the CPI is lower than growth typically experienced by wages [5]. That lower growth produces a lower loss.

increases, other than those reflected in the Federal statistics or the age-earnings profile shown earlier in this report, are assumed.

D. Personal Consumption Expenditure Deduction

Expenditures that Mr. Wultz would have made solely for himself (e.g., food, clothing, housing, entertainment, transportation) and would not have benefited survivors are no longer required and are excluded from the loss. That is, the loss is based on the amount of income that would have been left after personal consumption expenditures had been paid.

Statistics of expenditures show that the proportion of income a person spends on these personal items depends on the number of adults in the home, level of income, gender and number of children [11]. Given the multiple factors that are relevant with respect to personal consumption, the determination of the size of the personal consumption deduction is complex and cannot be estimated by a simple examination of these Consumer Expenditure Survey tables. Hence, much empirical research has been performed and published in the academic literature in order to develop models that derive these expenditures and consider the confounding factors of income, family size and gender.

Although Mr. Wultz was single at the time of his passing, he may have become married or partnered in the future. Hence, for a person who is single now, the future longitudinal consumption expenditure is based on the weighted average of the expenditure for (1) a single male and (b) a married male in a two member

family. The weighting is derived using the probabilities of marriage by age for males that are shown in the Federal statistics[8].

Ruble et. al. [3] report that personal consumption expenditures for various family sizes are explained by a non-linear regression function transformed to conform to the linearity assumption by using the natural logarithmic (e.g., LN) form. That form is shown in Equation (2):

$$LN(Y_{g,n}) = LN(B_0) + (LN(B_1X) \qquad (2)$$

where: $Y_{g,n}$ = Personal Consumption for gender g for family size n
$B_0$ = Constant (e.g., Y intercept)
$X$ = Income
$B_1$ = Income coefficient

The constant, income coefficient and coefficients of determination (e.g., $R^2$) for a male in a one and two member

[8]The probabilities of marriage for a male by age are shown below:

| Age Range | Probability of Marriage |
|---|---|
| 18-19 | 1.8% |
| 20-24 | 12.2% |
| 25-29 | 39.5% |
| 30-34 | 61.1% |
| 35-39 | 68.0% |
| 40-44 | 70.3% |
| 45-54 | 70.9% |
| 55-64 | 77.2% |

See [7, 2009, Table 56].

family are shown below[9]:

| Family Size | Constant | Income Coefficient | R-Squared |
|---|---|---|---|
| 1 | 9.331937 | 0.468859 | 98.29% |
| 2 | 9.187831 | 0.551379 | 98.45% |

This methodology produces a personal consumption deduction that ranges from 72.5 percent as a young single person to 21.7 person as a married person approaching retirement. Future income and benefits are reduced at these rates[10].

E. Taxes

Income is reduced by Federal, State and FICA taxes. Those taxes total 35.7 percent of income [12].

Figure 2 shows the undiscounted survival-weighted values of Mr. Wultz's survival weighted after-tax lost income and benefits less personal consumption expenditures.

## 3 PRESENT VALUE

Since income is a stream of cash flow over time, that stream must be discounted in order to find its value in February 2012. The discounted value, usually called present value, is a lump sum amount that if invested in February 2012 will immediately replace the past loss and generate funds (through interest and principal

[9]The coefficients of determination are significant at the .001 level.

[10]It is certainly possible that if Mr. Wultz had married, there would have been children. With children, the personal consumption deduction is smaller and the resulting loss is larger. In order to present a conservative valuation of the loss, no children are assumed.




**Figure 2**

withdrawal) that will replace future losses. That is, the present value is an amount in February 2012 that is equivalent to the past and future loss[11].

A key factor in the discounting of future values is the selection of the appropriate discount (or interest) rate [1]. The discount rate is based on current interest rates derived from an immunized portfolio of short, intermediate and long-term risk-free Treasury securities that contains no default or interest

---

[11]No prejudgment interest is applied to past losses.

rate risk. That is, if a maturity-matched portfolio of risk-free securities[12] is purchased that would return an amount sufficient to replace future losses *with absolute certainty and* pay taxes on earned interest, the current interest is 1.38 percent[13] [12].

**RESULTS**

Table 1 shows the February 2012 present value of the after-tax survival-weighted lost income less personal consumption expenditures for a male with an undergraduate university education. That loss is **$2,568,634**.

---

[12]Maturity-matching means that the timing of the cash flow withdrawals from the portfolio match the timing of the maturity of securities within the portfolio. This process is called portfolio immunization. By constructing an immunized portfolio that accomplishes this matching, interest rate risk is avoided. Since the portfolio contains only riskless U.S. Treasury securities, there is no default risk and the required annual cash flow is provided with certainty. The portfolio used in this analysis consists of three month Treasury Bills, two and five year Treasury Notes and ten and thirty year Treasury Bonds with a weighting toward the long-term securities. By weighting the return toward the long-term securities, a conservative valuation of the loss is made because of the upward sloping yield curve.

[13]Bloomberg.com: http://www.bloomberg.com/markets/rates/index.html, February 13, 2012 The pre-tax rate is 1.92 percent. Note that the discount rate is not a "net discount rate" that relies on historic interest rates no longer available to investors. Nor does it assume average historic growth rates in wages without consideration for the future economic environment or the characteristics of the job under analysis. In addition, net discount rates fail to consider the need to pay taxes on earned interest. Such rates are inappropriate because they reflect neither the facts of the case nor current financial market conditions.

**TABLE 1**

**PRESENT VALUE OF AFTER-TAX LOST INCOME AND BENEFITS:**
**Average Earnings for a Male With An Undergraduate Education;**
**Reduced by Personal Consumption and Survival Probabilities**

| | | | February 2012 | |
|---|---|---|---|---|
| | | | <----- Present Values -----> | |
| Year | Age | Survival Prob. | Net Annual Lost Earnings | Cumulative Lost Earnings |
| 2011 | 22 | 99.44% | $3,959 | $3,959 |
| 2012 | 23 | 99.32% | $9,503 | $13,463 |
| 2013 | 24 | 99.19% | $11,090 | $24,553 |
| 2014 | 25 | 99.06% | $17,788 | $42,341 |
| 2015 | 26 | 98.94% | $20,121 | $62,461 |
| 2016 | 27 | 98.82% | $22,539 | $85,001 |
| 2017 | 28 | 98.71% | $24,992 | $109,993 |
| 2018 | 29 | 98.60% | $27,599 | $137,591 |
| 2019 | 30 | 98.48% | $34,764 | $172,356 |
| 2020 | 31 | 98.37% | $37,439 | $209,794 |
| 2021 | 32 | 98.25% | $40,135 | $249,929 |
| 2022 | 33 | 98.12% | $42,850 | $292,779 |
| 2023 | 34 | 97.99% | $45,577 | $338,356 |
| 2024 | 35 | 97.85% | $50,076 | $388,432 |
| 2025 | 36 | 97.70% | $52,868 | $441,300 |
| 2026 | 37 | 97.54% | $55,718 | $497,018 |
| 2027 | 38 | 97.37% | $58,562 | $555,580 |
| 2028 | 39 | 97.19% | $61,393 | $616,973 |
| 2029 | 40 | 96.99% | $64,887 | $681,860 |
| 2030 | 41 | 96.78% | $67,685 | $749,545 |
| 2031 | 42 | 96.55% | $70,446 | $819,991 |
| 2032 | 43 | 96.30% | $73,160 | $893,152 |
| 2033 | 44 | 96.03% | $75,819 | $968,971 |
| 2034 | 45 | 95.75% | $78,612 | $1,047,583 |
| 2035 | 46 | 95.43% | $81,131 | $1,128,714 |
| 2036 | 47 | 95.10% | $83,561 | $1,212,275 |
| 2037 | 48 | 94.73% | $85,890 | $1,298,165 |
| 2038 | 49 | 94.34% | $88,107 | $1,386,272 |
| 2039 | 50 | 93.92% | $90,202 | $1,476,474 |
| 2040 | 51 | 93.47% | $92,166 | $1,568,640 |
| 2041 | 52 | 93.00% | $93,985 | $1,662,625 |
| 2042 | 53 | 92.50% | $95,646 | $1,758,271 |
| 2043 | 54 | 91.96% | $97,132 | $1,855,403 |
| 2044 | 55 | 91.38% | $100,899 | $1,956,302 |
| 2045 | 56 | 90.74% | $101,997 | $2,058,298 |
| 2046 | 57 | 90.05% | $102,852 | $2,161,150 |
| 2047 | 58 | 89.29% | $103,443 | $2,264,594 |

**TABLE 1 (Continued)**

**PRESENT VALUE OF AFTER-TAX LOST INCOME AND BENEFITS:**
**Average Earnings for a Male With An Undergraduate Education;**
**Reduced by Personal Consumption and Survival Probabilities**

| | | | February 2012 <----- Present Values -----> | |
|---|---|---|---|---|
| Year | Age | Survival Prob. | Net Annual Lost Earnings | Cumulative Lost Earnings |
| 2048 | 59 | 88.47% | $103,753 | $2,368,346 |
| 2049 | 60 | 87.57% | $103,767 | $2,472,113 |
| 2050 | 61 | 86.59% | $96,521 | **$2,568,634** |

**Total: $2,568,634**

**REFERENCES**

1. Eugene F. Brigham, Financial Management: Theory and Practice, Dryden Press, 2001.

2. John Neter and William Wasserman, Applied Linear Statistical Models, Irwin, 1974.

3. Michael R. Ruble, Robert T. Patton and David M. Nelson, "Patton-Nelson Personal Consumption Tables 2005-2006", Journal of Forensic Economics, Fall 2007.

4. Gary Skoog, James Ciecka and Kurt Krueger, "The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points and Bootstrap Standard Errors", Journal of Forensic Economics, 22(2), 2011.

5. "The 2011 Annual Report of the Boards of Trustees of the Federal Old-Age and Survivors Insurance and Disability Insurance Trust Funds", Communication from The Board of Trustees, Federal Old-Age and Survivors Insurance and Disability Insurance Trust Funds, May 2011.

6. U.S. Census Bureau, Current Population Survey (CPS), PINC-04, Educational Attainment--People 18 Years Old and Over, by Total Money Earnings in 2010, Work Experience in 2010, Age, Race, Hispanic Origin, and Sex. http://www.census.gov/hhes/www /cpstables/032011/perinc/new04_010.htm.

7. U.S. Department of Commerce, Statistical Abstract of the United States.

8. U.S. Department of Health and Human Services, U.S. Decennial Life Tables for 1999-2001, United States Life Tables, Vol. 57, Number 1, August 5, 2008.

9. U.S. Department of Labor, Bureau of Labor Statistics, "Employment Cost Index Historical Listing", October 28, 2011 and http://www.bls.gov/web/eci/ecicois.pdf for December 2011.

10. U.S. Department of Labor, Bureau of Labor Statistics, December 7, 2011, http://www.bls.gov/news.release/pdf/ecec.pdf, September 2011.

11. U.S. Department of Labor, Bureau of Labor Statistics, Consumer Expenditure Survey, http://www.bls.gov/cex/.

12. U.S. Treasury, Internal Revenue Service, http://taxes.about. com/od/2009taxes/qt/2009_tax_rates.htm, http://www.taxfoundation. org/files/state_ind_income_rates-20090710.pdf and http://www. socialsecurity.gov/planners /maxtax.htm.

Signature Page

Future analysis and testimony will be billed at $300 per hour.

2/13/12

Richard B. Edelman Date

**DOCUMENTATION REQUIRED BY THE FEDERAL COURTS FROM WITNESSES**
**PROFESSOR RICHARD B. EDELMAN:**

**TESTIMONY LIST, EDUCATION AND EXPERIENCE, PUBLICATIONS**

**EXPERT WITNESS TESTIMONY**
Dr. Richard B. Edelman

| Case | Type | Status |
|---|---|---|
| Lost Income - Martinez v Zakai | Personal Injury | Trial 2/12 Balt. County 03-C-10-009470 OT |
| Lost Income - Price v Fannie Mae | Employment | Hearing 12/11 JAMS D.C. 1410005389 |
| Lost Income - Martinez v Zakai | Personal Injury | Deposed 11/11 Balt. County 03-C-10-009470 OT |
| Lost Income - Ridgely v Joseph Cory Holdings | Personal Injury | Trial 11/11 Charles County MD 08-C-10-000851 |
| Lost Income - Thomas, T. v Mvemba | Wrongful Death | Trial 10/11 Baltimore County 03-C-10-005842 MM |
| Lost Income - Hammond v Hess | Personal Injury | Trial 10/11 Howard County MD 13-C-10-083289 MT |
| Lost Income - Willison v Pandey | Personal Injury | Trial 10/11 Federal: N. MD CV-01687-CCB |
| Lost Income - Goyal Thermage | Personal Injury | Trial 9/11 Federal: N. MD WDQ-08-00020 |
| Lost Income - Jackson, D. v Edgewood Management | Employment | Trial 9/11 Montgomery, MD 337495 |
| Lost Income - Chuang v Collier et. al. | Personal Injury | Deposed 8/11 Montgomery MD 332674 |
| Lost Income - Risdorfer v Computer Sciences Corp. | Employment | Deposed 8/11 Federal: E. VA 1:11CV321 TSE/JFA |
| Lost Income - Johnson, D. v Koch et. al. | Personal Injury | Trial 8/11 Prince Georges MD CAL10-03748 |
| Lost Income - Pena v Gordon et. al. | Wrongful Death | Deposed 8/11 Loudoun VA 53467 |
| Lost Income - Gandy v Robey et. al. | Wrongful Death | Trial 8/11 Federal: E. VA 1:10-cv-65 LMB/TCB |
| Lost Income - Vencil v Turtle Wax | Personal Injury | Trial 7/11 Cumberland, PA 04-3067 |
| Lost Pension Income - Wherley v WMATA et. al. | Wrongful Death | Deposed 7/11 Federal: D.C. 1:09-cv-01762 |

| | | |
|---|---|---|
| Lost Income - Lord v Hannon Armstrong | Employment | Deposed 7/11 Anne Arundel MD 02-C-10-156750 DJ |
| Lost Income - Rodriguez v Vedder Price | Employment | Deposed 6/11 DC Superior 0008969-10 |
| Lost Income - DeRosier v USPLabs | Employment | Deposed 5/11 Federal: MD 1:10:-cv-02559=CCB |
| Lost Income - Savage v County of Stafford | Employment | Trial 4/11 Federal: E. Va 09CV1328 |
| Lost Income - Achumba v Honda | Personal Injury | Trial 3/11 Prince Georges CAL09-19627 |
| Lost Income - Gang v Fannie Mae | Employment | Hearing 3/11 JAMS DC 1410005211 |
| Lost Income - Byrd v Vasil | Personal Injury | Deposed 3/11 Fairfax VA 2010-7877 |
| Lost Income - Weintraub v St. Mary's County MD | Employment | Deposed 3/11 Federal: S. MD 8:08-cv-02669-DKC |
| Lost Income - Glynn v IST | Employment | Deposed 2/11 Federal: DC 1:07-CV-01660-JFM |
| Lost Pension - Massengale v Pierce & WHC | Wrongful Death | Trial 2/11 DC Superior CA 03-007188 |
| Lost Income - Boynton v DHL | Wrongful Death | Deposed 12/10 Federal: N. MD 1:10-CV-00177-BEL |
| Lost Income - Johnson, P. v UDC | Employment | Deposed 11/10 Federal: DC 1:07 CV-01033JDB |
| Lost Income - Metts v Airtran | Personal Injury | Deposed 11/10 Federal: S. MD 8:10-cv-00466 (DKC) |
| Lost Income & Services - Perez v Simmons et. al. | Wrongful Death | Deposed 9/10 Montgomery 320359-V |
| Lost Income - Persaud University of Maryland | Employment | Deposed 9/10 Federal: S. MD 10-cv-00216-PJM |
| Lost Income - Achumba v Honda | Personal Injury | Deposed 9/10 Prince Georges CAL09-19627 |
| Lost Income - Guerra v Fagan et. al. | Personal Injury | Trial 8/10 Queen Anne's MD 17-C-09-013991 |

| | | |
|---|---|---|
| Lost Income & Life Care - Wynn (20) v MJ Harbor | Personal Injury | Trial 7/10 Baltimore City 24-C-08-001376 OT |
| Lost Income - Richardson, R. v WAMATA | Personal Injury | Trial 6/10 DC Superior 2007 CA 005603B |
| Lost Income - Longshore v Edgewood | Wrongful Death | Deposed 6/10 Federal: D.C. 09-449 (RBW) |
| Lost Income - Marquez v Rassael | Personal Injury | Trial (Video) 5/10 Montgomery 298673-V |
| Lost Income - Griffith v Smith | Wrongful Death | Deposed 5/10 Marion TN 18318 |
| Lost Income - Wesley v Arlington County | Employment | Trial 5/10 Federal: E. VA 1:08cv7 CMH/BRP |
| Lost Income - McMahan v Kilgore & Smith | Personal Injury | Deposed 5/10 Stafford VA CL09-598 |
| Lost Income - St. Holder v Horton et. al. | Wrongful Death | Deposed 4/10 Federal: MD 8:09-CV-2953 |
| Lost Income - Whitmer v ITW Sexton | Personal Injury | Deposed 4/10 Federal: N. WV CA 3:09-CV-26 |
| Lost Back Pay - Eckels v Abrielle | Employment | Deposed 4/10 Federal: DC 1:09-cv-01731-RJL |
| Lost Income - Burgess v Secretary of the Army | Employment | Deposed 4/10 Federal: N. VA 1:09CN763 JCC/JFA |
| Lost Income - Goyal v Thermage | Personal Injury | Deposed 4/10 Federal: N. MD WDQ-08-0020 |
| Lost Income - Chapman v Perez | Wrongful Death | Deposed 3/10 Prince William CL87260 |
| Lost Pension Income - Massengale v Pierce et. al. | Wrongful Death | Trial Video 3/10 DC Superior 03-007188 |
| Lost Income - Rotunda v George Mason University et. al. | Employment | Deposed 3/10 Federal: E. VA 1:09-cv-00752-LMB-TRJ |
| Lost Income - Breeden v Novartis | Employment | Trial 3/10 Federal: DC 1:08-cv-00625 |
| Lost Income and LCP - Wynn et. al. (20) v MJ Harbor | Personal Injury | Deposed 2/10 Baltimore City N 24-C-08-001376 OT |

| | | |
|---|---|---|
| Lost Income - Kumar v Hilton | Employment | Trial 1/10 Federal: W. TN 2:08-CV-02689 |
| Lost Income - Tokhi v Rite Aid | Employment | Deposed 1/10 Federal: D.C. 1:09-cv-00335 |
| Lost Income - Smith, W. v Duke Energy | Employment | Hearing 11/09 OSHA NC 4-3750-08-017 |
| Lost Income - Richardson v WMATA | Personal Injury | Deposed 11/09 D.C. Superior 2007-ca-005603B |
| Lost Income - Browne v The District of Columbia | Employment | Trial 10/09 D.C. Superior 0008266-07 |
| Lost Income - S. Bolton, L. Bolton & L. Neale v Kirk et. al. | Personal Injury | Hearing 10/09 AAA, D.C. 16-194-Y-00084-08 |
| Lost Income - DeLillye v Schatz | Personal Injury | Deposed 8/09 Baltimore City 24-C-08-001755 |
| Lost Income - Tabor v WMATA | Wrongful Death | Deposed 7/09 Federal: D.C. 1:08-cv-01991 |
| Lost Income - Francis v Southern Maryland Hospital | Wrongful Death | Deposed 6/09 Prince Georges Cal07-27725 |
| Lost Income - Mann v Heckler & Koch | Employment | Deposed 4/09 Federal: E. VA 1:08-CV-611 |
| Lost Income - Hewitt/Sams v County of Sacramento | Wrongful Death | Deposed 4/09 Federal: E. CA 2:07-CV-01037-DAD |
| Lost Income - Rucker v Basic Industries | Personal Injury | Deposed 12/08 DC Superior 2006 CA 2261 B |
| Lost Income - Kakeh v United Planning Organization | Employment | Trial 12/08 Federal: D.C. 1:05 CV 1271 |
| Lost Income - Kelley v U.S. et. al. | Personal Injury | Deposed 9/08 Federal: E. VA 1:08 CV 31 |
| Lost Income - Brown, R. v Food Lion | Personal Injury | Trial 7/08 Loudoun CL34166 |
| Lost Income - Pena v Martin et. al. | Wrongful Death | Deposed 6/08 Loudoun 41845 |
| Lost Income - Richardson v Selective Insurance | Employment | Deposed 6/08 Federal: N. MD RDB 06-cv-2594 |

| | | |
|---|---|---|
| Lost Income - Kaufmann v Pugh | Personal Injury | Trial 6/08 Prince Georges CAL6-15380 |
| Lost Income - Mowry Pierce | Wrongful Death | Deposed 5/08 Anne Arundel MD 02-c-07-120477 |
| Lost Income - Emmons v JP Morgan Chase Bank | Personal Injury | Trial 5/08 Whitley IN 92C01-0503-CC-111 |
| Lost Income - Phillips, D. v Fujitec et. al. | Wrongful Death | Deposed 4/08 DC Superior 2006-CA-008459B |
| Lost Income - Phillips, K. v Dembowski | Personal Injury | Deposed 4/08 Talbot MD 20-C-07_005913 |
| Lost Income - Reed-Baden v Abidin | Personal Injury | Deposed 3/08 Fairfax 2007-8067 |
| Lost Income - Brown, T. v LeVelle et. al. | Wrongful Death | Deposed 3/08 DC Superior 2005-CA-004499B |
| Life Care Plan Valuation - Wharton v Centeno et. al | Personal Injury | Deposed 3/08 DC Superior ca 000391-06 |
| Lost Income - Schoenborn v WMATA | Wrongful Death | Deposed 3/08 Federal: D.C. 1:07-cv-00544 |
| Lost Income - Layfield v v Utiliquest | Personal Injury | Trial 2/08 Prince William CL-72128 |
| Lost Income - Harris v Germantown Dental | Personal Injury | Trial 2/08 Montgomery 273859-V |
| Investment Valuation - Cooper v Graves | Legal Malpractice | Trial 1/08 Prince William CL-68858 |
| Lost Income - Judeh v Kheder et. al. | Legal Malpractice | Trial 1/08 Fairfax 2006-13405 |
| Lost Income - McDaniel v Pritchard Industries | Personal Injury | Deposed 1/08 Fairfax CL2004-224400 |

**RICHARD BRUCE EDELMAN**
8515 Whittier Boulevard
West Bethesda, Maryland 20817-6816

**TELEPHONE/EMAIL:**

**Bethesda Office**: 301-469-9575; 1-800-257-8626; (FAX: 301-469-9598)
**Website**: www.economic-analysis.com

**EMPLOYMENT**

Professor Emeritus, Department of Finance and Real Estate, The American University, January 2004 - Present.

Professor of Finance, Department of Finance and Real Estate, The American University, September 1983 - December 2003. (Chairman 1985 - 1987; Tenure granted in 1987.)

Director of Economic and Regulatory Research, Communications Satellite Corporation, Washington, D.C., 1980 - 1983.

Associate Professor of Finance, Department of Finance, University of Hawaii, 1978 - 1980. (Tenure granted in 1980.)

Assistant Professor of Finance, Department of Finance, University of Hawaii, 1975 - 1977.

Instructor of Finance, University of Maryland, 1970 - 1975.

**EDUCATION**

Doctor of Business Administration, 1975, University of Maryland.
Major Area: Financial Economics. Dissertation Area: Public Utility Financial Economics.

Master of Business Administration, 1970, University of Maryland.
Major Area: Finance.

Bachelor of Science with High Honors, 1968, University of Maryland.
Major: Business Administration - Finance.

**RESUME**
**RICHARD BRUCE EDELMAN**

## PUBLICATIONS

"Life Care Planning: Ethical and Legal Issues", Role of the Economist, Legal Medicine, 7th edition, American College of Legal Medicine, Mosby/Elsevier Publishers, Philadelphia, PA, 2007.

The Effect of Announcements of Corporate Misconduct and Insider Trading on Shareholder Returns, Business and Professional Ethics, Spring 1999.

The Market Reaction to Discontinuing Regular Stock Dividends, The Financial Review, November 1997.

The Impact of Implementing the Airline Deregulation Act on Stock Returns, Journal of Economics and Finance, Spring 1996.

Competition Versus Consolidation of Order Flow: Common Stock Listing on Dual Domestic Exchanges, Quarterly Journal of Business and Economics, Autumn 1995.

The Post-Dual Listing Anomaly, Journal of Economics and Business, October 1994.

The Post-Listing Returns Anomaly Revisited, Quarterly Journal of Business and Economics, Spring 1994.

Listing Effects on Short Sales, Southern Business Review, Fall 1993.

The Impact of Company Pre-Listing Attributes on the Market Reaction to New York Stock Exchange Listing, Financial Review, August 1993.

AMEX-to-NYSE Transfers: Market Microstructure and Shareholder Wealth, Financial Management, Winter 1992. Abstracted in The CFA Digest, Summer 1993.

The Decision to Change a Stock's Listing from AMEX to NYSE: Impact on Price and Volume, Western Decision Sciences Institute Proceedings, Spring 1992.

The Effect on Bid-Ask Spreads of Switching to the NASDAQ National Market System, The Financial Analysts Journal, January/February 1992. Abstracted in Bowne's Review for CFO's and Investment Bankers, June 1992.

**RESUME**
**RICHARD BRUCE EDELMAN**

**PUBLICATIONS** (Continued)

The Signaling Effects of AMEX Listing, Akron Business and Economic Review, Summer 1991. Abstracted in Bowne's Review for CFO's and Investment Bankers, September 1991.

OTC Market Switching and Stock Returns: Some Empirical Evidence, Journal of Financial Research, Winter 1990.

Valuation Implications of AMEX Listings: A Joint Test of the Liquidity and Managerial Signalling Hypothesis, Quarterly Journal of Business and Economics, Winter 1990.

Liquidity and Stock Exchange Listing, Financial Review, May 1990.

The Relationship Between Inclusion on the National Market System and Stock Returns: An Empirical Investigation (Abstract), Proceedings:

The Relationship Between Inclusion on the National Market System and Stock Returns: An Empirical Investigation (Abstract), Proceedings: Washington Consortium Schools of Business Annual Forum, May 1990.

Delisting Effects on Common Stock Prices, Southern Business Review, Spring 1989.

The Market Reaction to AMEX Listings: A Test of the Informational Value Hypothesis,(Abstract), Proceedings: Washington Consortium Schools of Business Annual Forum, May 1989.

Merger, Disinvestment and the Limit to Diversification: An Empirical Study of Mergers,(Abstract), Proceedings: Washington Consortium Schools of Business Annual Forum, May 1989.

A Survey of Management Views on Dividend Policy, Advances in Business Financial Management: A Collection of Readings, Dryden Press, 1989.

The Dynamics of Neglect and Return (Abstract), The CFA Digest, Spring 1988.

**RESUME**
**RICHARD BRUCE EDELMAN**

**PUBLICATIONS** (Continued)

Reply: The Dynamics of Neglect and Return, The Journal of Portfolio Management, Winter 1988.

The Dynamics of Neglect and Return, The Journal of Portfolio Management, Fall 1987.

Corporate Dividends: Views of the Policymakers, Akron Business and Economic Review, Winter 1986.

A Survey of Management Views on Dividend Policy (Abstract), The CFA Digest, Spring 1986.

Properties of Utility Company Betas, Akron Business and Economic Review, Spring 1986.

A Survey Of Management's Views on Dividend Policy, Financial Management, Fall/Winter, 1985.

An Analysis of Public Utility Dividend Policy in the Changing Regulatory Environment (Abstract), The Financial Review, August 1985.

Public Utility Dividend Policy: A Survey and Recommendations for Change, Public Utilities Fortnightly, February 21, 1985.

An Analysis of Issues Involving Corporate Dividend Policy (Abstract with H. Kent Baker and Gail Farrelly), The Financial Review, June 1984.

Telecommunications Betas: Are They Stable and Unique?, The Journal of Portfolio Management, Fall 1983.

Rate Base Valuation and Its Effect on the Rate-of-Return in the Electric Utility Industry, Public Utility Fortnightly, September 2, 1982.

A Note on the Use of Beta in Regulatory Proceedings: An Empirical Examination, Proceedings of the Eastern Finance Association, July 1982.

A Note on Using Principle Component Analysis to Rate Bonds, Review of Business and Economic Research, Spring 1982.

**RESUME**
**RICHARD BRUCE EDELMAN**

**PUBLICATIONS** (Continued)

Rate Base Valuation and Its Effect on the Rate-of-Return, Proceedings: Pacific Telecommunications Conference, Spring 1981.

A New Approach to Ratings on Utility Bonds: Reply, The Journal of Portfolio Management, Summer 1980.

A Numerical Rating System for Eurobonds Issued by U.S. Firms (Abstract), Eastern Finance Association Proceedings, April 1979.

A New Approach to Ratings on Utility Bonds, The Theory and Practice of Bond Portfolio Management, Volume II, Institutional Investor Books: New York, 1980.

A New Approach to Ratings on Utility Bonds, The Journal of Portfolio Management, Spring 1979.

The Impact on Electric Utility Bond Ratings When Substituting Debt for Preferred Stock, Financial Management, Spring 1979.

Handbook of Wealth Management (Review), Journal of Finance, May 1978.

An Objective Technique to Score Publicly Issued Bonds (Abstract), Eastern Finance Association Proceedings, April 1978.

A Filter Rule Program for the Undergraduate Investment Course, Journal of Financial Education, Fall 1977.

Predicting Common Stock Price Appreciation in Efficient Markets: Cross Section Screening Tests of Historical and Perfectly Predicted Accounting Information, Southern Business Review, Fall 1977

Using Statistical Models to Rate Municipal Bonds, Proceedings: Creating Investor Confidence for Municipal Bonds, Lincoln Institute of Land Policy, June 1977.

Underwriters' Commissions on Utility Securities from 1970 to 1976, Public Utilities Fortnightly, March 3, 1977.

**RESUME**
**RICHARD BRUCE EDELMAN**

**PUBLICATIONS** (Continued)

Hawaiian Electric Company: A Rate of Return Case Study, Intercollegiate Case Clearing House, February 1977.

The Relationship Between Bond Ratings and Preferred Stock Financing in the Electric Utility Industry, American Institute of Decision Sciences Proceedings, November 1976.