UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERYL WULTZ, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 08-cv-1460 (RCL) |
| ) | |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AMENDED JUDGMENT**

In accordance with the Memorandum Opinion issued on May 14, 2012 and the separate Order issued this date, it is hereby

ORDERED that final judgment is entered in favor of plaintiffs the Estate of Daniel Wultz, Sheryl Wultz, Yekutiel "Tuly" Wultz, Amanda Wultz, and against defendants Islamic Republic of Iran, Iranian Ministry of Information and Security, Syrian Arab Republic, Syrian Ministry of Defense, Syrian Military Intelligence, and Syrian Air Force Intelligence Directorate; it is furthermore

ORDERED that plaintiffs are awarded $32,068,634 in compensatory damages and $300,000,000 in punitive damages, for a total award of $332,068,634 to be distributed as follows:

| Plaintiff Name | Pain and Suffering | Economic Loss | Solatium | Punitive | Totals |
|---|---|---|---|---|---|
| Estate of Daniel Wultz | $8,000,000 | $2,568,634 | $0 | $98,868,889 | $109,437,523 |
| Yekutiel "Tuly" Wultz | $5,000,000 | $0 | $7,000,000 | $112,259,225 | $124,259,225 |
| Sheryl Wultz | $0 | $0 | $6,000,000 | $56,129,612 | $62,129,612 |
| Amanda Wultz | $0 | $0 | $3,500,000 | $32,742,274 | $36,242,274 |

ORDERED that defendants shall be liable, jointly and severally, for the entire $332,068,634 amount; it is furthermore

ORDERED that the claims of Abraham Leonard Wultz are DISMISSED WITH PREJUDICE; it is furthermore

ORDERED that plaintiffs request for prejudgment interest is DENIED; it is furthermore

ORDERED that plaintiffs shall forthwith, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Amended Judgment, and the Memorandum Opinion issued on May 14, 2012, to defendants.

This is a final, appealable order.  *See* Fed. R. App. P. (4)(a).

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on June 4, 2012.