UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHERYL WULTZ, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Civil No. 08-cv-1460 (RCL) |
| | ) |
| ISLAMIC REPUBLIC OF IRAN, *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before this Court is Plaintiffs' Motion for an Expedited Order pursuant to 28 U.S.C. § 1610(c), ECF No. 157.  The Court will GRANT that motion.

Section 1610(c) of Title 28 of the U.S. Code provides that "[n]o attachment or execution . . . shall be permitted until the court has ordered such attachment and execution after having determined that a reasonable period of time has elapsed following the entry of judgment and the giving of any notice required under section 1608(e) of this chapter."  28 U.S.C. § 1610(c).  This Court entered judgment in favor of plaintiffs on May 14, 2012, ECF Nos. 133 & 134, and amended judgment on June 4, 2012, ECF Nos. 136 & 137.  Post-judgment service was effectuated on defendants Iran and the Iranian Ministry of Information and Security via diplomatic channels on November 7, 2012.  *See* Affidavit of Service, Dec. 20, 2012, ECF. No. 155.  Post-judgment service was effectuated on defendants the Syrian Arab Republic, Syrian Ministry of Defense, Syrian Military Intelligence, and Syrian Air Force Intelligence Directorate via mail service on September 2, 2012.  *See DHL Tracking Logs,* dated October 31, 2012, for Waybills 7413096891, 7413192942, 7413190470, and 7413195650, ECF No. 157-2.

This Court finds that a reasonable period of time has passed sufficient for entry of an order pursuant to § 1610(c).  *See, e.g.*, *Ned Chartering & Trading, Inc. v. Republic of Pak.*, 130 F. Supp. 2d 64, 67 (D.D.C. 2001) (collecting cases to conclude "that other courts have found periods such as two or three months sufficient to satisfy section 1610(c)'s requirements" and separately determining that six weeks was acceptable).

Accordingly, it is hereby

**ORDERED** that plaintiffs' Motion for an Entry of an Order pursuant to 28 U.S.C. § 1610(c) is GRANTED; it is further

**ORDERED** that a reasonable period of time has elapsed following the entry of the June 4, 2012 Amended Judgment and the giving of notice of such Judgment under 28 U.S.C. § 1608(e), which occurred on September 2, 2012 and November 7, 2012; it is furthermore

**ORDERED** that plaintiffs, now judgment creditors, are authorized to pursue attachment in aid of execution of the June 4, 2012 Amended Judgment as permitted by 28 U.S.C. § 1610.

**SO ORDERED.**

Signed by Royce C. Lamberth, Chief Judge, on January 16, 2013.