# EXHIBIT 1

# EXHIBIT 1

# Post–Judgment Interest Rates – 2023

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 1/6/2023 | 4.73 | 4/21/2023 | 4.80 | 8/4/2023 | 5.36 | 11/17/2023 | 5.27 |
| 1/13/2023 | 4.70 | 4/28/2023 | 4.72 | 8/11/2023 | 5.34 | 11/24/2023 | 5.26 |
| 1/20/2023 | 4.66 | 5/5/2023 | 4.72 | 8/18/2023 | 5.36 | 12/1/2023 | 5.16 |
| 1/27/2023 | 4.69 | 5/12/2023 | 4.75 | 8/25/2023 | 5.39 | 12/8/2023 | 5.08 |
| 2/3/2023 | 4.70 | 5/19/2023 | 4.91 | 9/1/2023 | 5.39 | 12/15/2023 | 5.01 |
| 2/10/2023 | 4.87 | 5/26/2023 | 5.15 | 9/8/2023 | 5.42 | 12/22/2023 | 4.88 |
| 2/17/2023 | 4.97 | 6/2/2023 | 5.18 | 9/15/2023 | 5.42 | 12/29/2023 | 4.81 |
| 2/24/2023 | 5.06 | 6/9/2023 | 5.16 | 9/22/2023 | 5.46 | | |
| 3/3/2023 | 5.04 | 6/16/2023 | 5.23 | 9/29/2023 | 5.46 | | |
| 3/10/2023 | 5.12 | 6/23/23 | 5.26 | 10/6/2023 | 5.44 | | |
| 3/17/2023 | 4.34 | 6/30/2023 | 5.35 | 10/13/2023 | 5.40 | | |
| 3/24/2023 | 4.46 | 7/7/2023 | 5.42 | 10/20/23 | 5.44 | | |
| 3/31/2023 | 4.58 | 7/14/2023 | 5.36 | 10/27/2023 | 5.41 | | |
| 4/7/2023 | 4.53 | 7/21/2023 | 5.33 | 11/3/2023 | 5.38 | | |
| 4/14/2023 | 4.68 | 7/28/2023 | 5.38 | 11/10/2023 | 5.35 | | |

# Post-Judgment Interest Rates - 2022

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 1/07/2022 | 0.41 | 4/22/2022 | 1.96 | 8/5/2022 | 3.12 | 11/18/2022 | 4.65 |
| 1/14/2022 | 0.48 | 4/29/2022 | 2.03 | 8/12/2022 | 3.28 | 11/25/2022 | 4.76 |
| 1/21/2022 | 0.58 | 5/06/2022 | 2.10 | 8/19/2022 | 3.25 | 12/2/2022 | 4.73 |
| 1/28/2022 | 0.69 | 5/13/2022 | 2.00 | 8/26/2022 | 3.33 | 12/9/2022 | 4.72 |
| 2/04/2022 | 0.80 | 5/20/2022 | 2.11 | 9/2/2022 | 3.48 | 12/16/2022 | 4.66 |
| 2/11/2022 | 0.98 | 5/27/2022 | 2.02 | 9/9/2022 | 3.62 | 12/23/2022 | 4.64 |
| 2/18/2022 | 1.08 | 6/03/2022 | 2.14 | 9/16/2022 | 3.91 | 12/30/2022 | 4.73 |
| 2/25/2022 | 1.14 | 6/10/2022 | 2.34 | 9/23/2022 | 4.08 | | |
| 3/04/2022 | 1.02 | 6/17/2022 | 2.94 | 9/30/2022 | 4.07 | | |
| 3/11/2022 | 1.15 | 6/24/2022 | 2.83 | 10/7/2022 | 4.15 | | |
| 3/18/2022 | 1.30 | 7/1/2022 | 2.85 | 10/14/2022 | 4.38 | | |
| 3/25/2022 | 1.55 | 7/8/2022 | 2.86 | 10/21/2022 | 4.57 | | |
| 4/01/2022 | 1.67 | 7/15/2022 | 3.11 | 10/28/2022 | 4.56 | | |
| 4/08/2022 | 1.77 | 7/22/2022 | 3.12 | 11/4/2022 | 4.74 | | |
| 4/15/2022 | 1.81 | 7/29/2022 | 3.01 | 11/11/22 | 4.73 | | |

# Post-Judgment Interest Rates - 2021

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 1/1/2021 | 0.11 | 4/16/2021 | 0.06 | 7/30/2021 | 0.07 | 11/12/2021 | 0.16 |
| 1/8/2021 | 0.10 | 4/23/2021 | 0.07 | 8/6/2021 | 0.08 | 11/19/2021 | 0.18 |
| 1/15/2021 | 0.11 | 4/30/2021 | 0.05 | 8/13/2021 | 0.08 | 11/26/2021 | 0.21 |
| 1/22/2021 | 0.10 | 5/7/2021 | 0.06 | 8/20/2021 | 0.07 | 12/3/2021 | 0.25 |
| 1/29/2021 | 0.09 | 5/14/2021 | 0.05 | 8/27/2021 | 0.07 | 12/10/2021 | 0.29 |
| 2/5/2021 | 0.07 | 5/21/2021 | 0.05 | 9/3/2021 | 0.07 | 12/17/2021 | 0.27 |
| 2/12/2021 | 0.07 | 5/28/2021 | 0.04 | 9/10/2021 | 0.08 | 12/24/2021 | 0.29 |
| 2/19/2021 | 0.07 | 6/4/2021 | 0.05 | 9/17/2021 | 0.07 | 12/31/2021 | 0.37 |
| 2/26/2021 | 0.08 | 6/11/2021 | 0.05 | 9/24/2021 | 0.08 | | |
| 3/5/2021 | 0.08 | 6/18/2021 | 0.08 | 10/1/2021 | 0.09 | | |
| 3/12/2021 | 0.09 | 6/25/2021 | 0.09 | 10/8/2021 | 0.09 | | |
| 3/19/2021 | 0.07 | 7/2/2021 | 0.08 | 10/15/2021 | 0.11 | | |
| 3/26/2021 | 0.07 | 7/9/2021 | 0.08 | 10/22/2021 | 0.11 | | |
| 4/2/2021 | 0.06 | 7/16/2021 | 0.08 | 10/29/2021 | 0.14 | | |
| 4/9/2021 | 0.06 | 7/23/2021 | 0.07 | 11/15/2021 | 0.15 | | |

# Post-Judgment Interest Rates - 2020

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 1/3/2020 | 1.57 | 4/17/2020 | 0.21 | 7/31/2020 | 0.13 | 11/20/2020 | 0.11 |
| 1/10/2020 | 1.54 | 4/24/2020 | 0.17 | 8/14/2020 | 0.14 | 11/27/2020 | 0.11 |
| 1/17/2020 | 1.54 | 5/1/2020 | 0.17 | 8/21/2020 | 0.13 | 12/4/2020 | 0.11 |
| 1/24/2020 | 1.55 | 5/8/2020 | 0.16 | 8/28/2020 | 0.13 | 12/11/2020 | 0.10 |
| 1/31/2020 | 1.50 | 5/15/2020 | 0.15 | 9/4/2020 | 0.12 | 12/18/2020 | 0.09 |
| 2/7/2020 | 1.49 | 5/22/2020 | 0.16 | 9/11/2020 | 0.14 | 12/25/2020 | 0.09 |
| 2/14/2020 | 1.48 | 5/29/2020 | 0.17 | 9/18/2020 | 0.13 | | |
| 2/21/2020 | 1.46 | 6/5/2020 | 0.17 | 9/25/2020 | 0.12 | | |
| 2/28/2020 | 1.21 | 6/12/2020 | 0.19 | 10/2/2020 | 0.12 | | |
| 3/6/2020 | 0.62 | 6/19/2020 | 0.18 | 10/9/2020 | 0.13 | | |
| 3/13/2020 | 0.38 | 6/26/2020 | 0.17 | 10/16/2020 | 0.13 | | |
| 3/20/2020 | 0.23 | 7/3/2020 | 0.16 | 10/23/2020 | 0.13 | | |
| 3/27/2020 | 0.17 | 7/10/2020 | 0.15 | 10/30/2020 | 0.12 | | |
| 4/3/2020 | 0.15 | 7/17/2020 | 0.15 | 11/6/2020 | 0.13 | | |
| 4/10/2020 | 0.22 | 7/24/2020 | 0.15 | 11/13/2020 | 0.12 | | |

# Post-Judgment Interest Rates - 2019

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 1/4/2019 | 2.58 | 4/19/2019 | 2.44 | 8/2/2019 | 1.94 | 11/15/2019 | 1.56 |
| 1/11/2019 | 2.59 | 4/26/2019 | 2.43 | 8/9/2019 | 1.78 | 11/22/2019 | 1.55 |
| 1/18/2019 | 2.58 | 5/3/2019 | 2.40 | 8/16/2019 | 1.77 | 11/29/2019 | 1.59 |
| 1/25/2019 | 2.59 | 5/10/2019 | 2.37 | 8/23/2019 | 1.75 | 12/6/2019 | 1.57 |
| 2/1/2019 | 2.58 | 5/17/2019 | 2.32 | 8/30/2019 | 1.75 | 12/13/2019 | 1.55 |
| 2/8/2019 | 2.56 | 5/24/2019 | 2.34 | 9/6/2019 | 1.72 | 12/20/2019 | 1.53 |
| 2/15/2019 | 2.55 | 5/31/2019 | 2.28 | 9/13/2019 | 1.81 | 12/27/2019 | 1.53 |
| 2/22/2019 | 2.55 | 6/7/2019 | 2.05 | 9/20/2019 | 1.86 | | |
| 3/1/19 | 2.55 | 6/14/2019 | 2.02 | 9/27/2019 | 1.79 | | |
| 3/8/19 | 2.53 | 6/21/2019 | 1.98 | 10/4/2019 | 1.66 | | |
| 3/15/19 | 2.52 | 6/28/2019 | 1.93 | 10/11/2019 | 1.63 | | |
| 3/22/19 | 2.48 | 7/5/2019 | 1.94 | 10/18/2019 | 1.60 | | |
| 3/29/19 | 2.41 | 7/12/2019 | 1.97 | 10/25/2019 | 1.59 | | |
| 4/5/19 | 2.41 | 7/19/2019 | 1.95 | 11/1/2019 | 1.57 | | |
| 4/12/19 | 2.43 | 7/26/2019 | 1.98 | 11/8/2019 | 1.58 | | |

# Post-Judgment Interest Rates - 2018

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 1/5/2018 | 1.82 | 4/13/2018 | 2.10 | 7/20/2018 | 2.40 | 10/26/2018 | 2.66 |
| 1/12/2018 | 1.78 | 4/20/2018 | 2.18 | 7/27/2018 | 2.42 | 11/2/2018 | 2.67 |
| 1/19/2018 | 1.79 | 4/27/2018 | 2.25 | 8/3/2018 | 2.44 | 11/9/2018 | 2.73 |
| 1/26/2018 | 1.79 | 5/4/2018 | 2.24 | 8/10/2018 | 2.44 | 11/16/2018 | 2.70 |
| 2/2/2018 | 1.87 | 5/11/2018 | 2.27 | 8/17/2018 | 2.44 | 11/23/2018 | 2.67 |
| 2/9/2018 | 1.89 | 5/18/2018 | 2.31 | 8/24/2018 | 2.44 | 11/30/2018 | 2.70 |
| 2/16/2018 | 2.00 | 5/25/2018 | 2.31 | 8/31/2018 | 2.47 | 12/7/2018 | 2.70 |
| 2/23/2018 | 2.02 | 6/1/2018 | 2.23 | 9/7/2018 | 2.50 | 12/14/2018 | 2.69 |
| 3/02/2018 | 2.06 | 6/8/2018 | 2.31 | 9/14/2018 | 2.55 | 12/212018 | 2.64 |
| 3/09/2018 | 2.03 | 6/15/2018 | 2.31 | 9/21/2018 | 2.58 | 12/28/2018 | 2.59 |
| 3/16/2018 | 2.08 | 6/22/2018 | 2.34 | 9/28/2018 | 2.59 | | |
| 3/23/2018 | 2.04 | 6/29/2018 | 2.33 | 10/5/2018 | 2.62 | | |
| 3/30/2018 | 2.09 | 7/6/2018 | 2.33 | 10/12/2018 | 2.66 | | |
| 4/6/2018 | 2.07 | 7/13/2018 | 2.36 | 10/19/2018 | 2.67 | | |

# Post-Judgment Interest Rates - 2017

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 01/06/2017 | 0.86 | 04/14/2017 | 1.05 | 07/21/2017 | 1.22 | 10/27/017 | 1.43 |
| 01/13/2017 | 0.82 | 04/21/2017 | 1.02 | 07/28/2017 | 1.23 | 11/3/2017 | 1.45 |
| 01/20/2017 | 0.82 | 04/28/2017 | 1.06 | 08/04/2017 | 1.23 | 11/10/2017 | 1.52 |
| 01/27/2017 | 0.81 | 05/05/2017 | 1.10 | 08/11/2017 | 1.22 | 11/17/2017 | 1.57 |
| 02/03/2017 | 0.83 | 05/12/2017 | 1.13 | 08/18/2017 | 1.24 | 11/24/2017 | 1.62 |
| 02/10/2017 | 0.80 | 05/19/2017 | 1.10 | 08/25/2017 | 1.23 | 12/01/2017 | 1.62 |
| 02/17/2017 | 0.83 | 05/26/2017 | 1.15 | 09/01/2017 | 1.23 | 12/08/2017 | 1.66 |
| 02/24/2017 | 0.82 | 06/02/2017 | 1.16 | 09/08/2017 | 1.23 | 12/15/2017 | 1.70 |
| 03/03/2017 | 0.91 | 06/09/2017 | 1.18 | 09/15/2017 | 1.27 | 12/22/2017 | 1.72 |
| 03/10/2017 | 1.02 | 06/16/2017 | 1.21 | 09/22/2017 | 1.31 | 12/29/2017 | 1.76 |
| 03/17/2017 | 1.03 | 06/23/2017 | 1.22 | 09/29/2017 | 1.31 | | |
| 03/24/2017 | 1.00 | 06/30/2017 | 1.22 | 10/06/2017 | 1.34 | | |
| 03/31/2017 | 1.03 | 07/07/2017 | 1.23 | 10/13/2017 | 1.41 | | |
| 04/07/2017 | 1.04 | 07/14/2017 | 1.22 | 10/20/2017 | 1.42 | | |

# Post-Judgment Interest Rates – 2016

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 01-01-2016 | 0.66 | 04/08/2016 | 0.55 | 07/15/2016 | 0.52 | 10/21/2016 | 0.66 |
| 01-08-2016 | 0.65 | 04/15/2016 | 0.54 | 07/22/2016 | 0.55 | 10/28/2016 | 0.67 |
| 01-15-2016 | 0.58 | 04/22/2016 | 0.54 | 07/29/2016 | 0.53 | 11/04/2016 | 0.64 |
| 01-22-2016 | 0.46 | 04/29/2016 | 0.58 | 08/05/2016 | 0.52 | 11/11/2016 | 0.70 |
| 01-29-2016 | 0.47 | 05/06/2016 | 0.52 | 08/12/2016 | 0.56 | 11/18/2016 | 0.77 |
| 02-05-2016 | 0.52 | 05/13/2016 | 0.53 | 08/19/2016 | 0.58 | 11/25/2016 | 0.79 |
| 02-12-2016 | 0.51 | 05/20/2016 | 0.62 | 08/26/2016 | 0.59 | 12/02/2016 | 0.80 |
| 02-19-2016 | 0.53 | 05/27/2016 | 0.68 | 09/02/2016 | 0.61 | 12/09/2016 | 0.84 |
| 02-26-2016 | 0.56 | 06/03/2016 | 0.67 | 09/09/2016 | 0.57 | 12/16/2016 | 0.89 |
| 03-04-2016 | 0.66 | 06/10/2016 | 0.59 | 09/16/2016 | 0.61 | 12/23/2016 | 0.88 |
| 03-11-2016 | 0.68 | 06/17/2016 | 0.53 | 09/23/2016 | 0.60 | 12/30/2016 | 0.87 |
| 03-18-2016 | 0.67 | 06/24/2016 | 0.55 | 09/30/2016 | 0.59 | | |
| 03-25-2016 | 0.64 | 07/01/2016 | 0.45 | 10/07/2016 | 0.65 | | |
| 04/01/2016 | 0.62 | 07/08/2016 | 0.46 | 10/14/2016 | 0.67 | | |

# Post-Judgment Interest Rates - 2015

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 2-Jan-15 | 0.25 | 10-Apr-15 | 0.22 | 17-Jul-15 | 0.26 | 23-Oct-13 | 0.23 |
| 9-Jan-15 | 0.24 | 17-Apr-15 | 0.23 | 24-Jul-15 | 0.28 | 30-Oct-15 | 0.31 |
| 16-Jan-15 | 0.18 | 24-Apr-15 | 0.24 | 31-Jul-15 | 0.33 | 6-Nov-15 | 0.41 |
| 23-Jan-15 | 0.17 | 1-May-15 | 0.25 | 7-Aug-15 | 0.33 | 13-Nov-15 | 0.50 |
| 30-Jan-15 | 0.17 | 8-May15 | 0.24 | 14-Aug-15 | 0.39 | 20-Nov-15 | 0.49 |
| 6-Feb-15 | 0.21 | 15-May15 | 0.24 | 21-Aug-15 | 0.39 | 27-Nov-15 | 0.51 |
| 13-Feb-15 | 0.24 | 22-May15 | 0.23 | 28-Aug-15 | 0.36 | 4-Dec-15 | 0.54 |
| 20-Feb-15 | 0.24 | 29-May15 | 0.26 | 4-Sep-15 | 0.37 | 11-Dec-15 | 0.71 |
| 27-Feb-15 | 0.22 | 5-Jun-15 | 0.27 | 11-Sep-15 | 0.39 | 18-Dec-15 | 0.69 |
| 6-Mar-15 | 0.25 | 12-Jun-15 | 0.27 | 18-Sep-15 | 0.41 | 25-Dec15 | 0.65 |
| 13-Mar-15 | 0.25 | 19-Jun-15 | 0.28 | 25-Sep-15 | 0.34 | | |
| 20-Mar-15 | 0.25 | 26-Jun-15 | 0.27 | 2-Oct-15 | 0.31 | | |
| 27-Mar-15 | 0.26 | 3-Jul-15 | 0.29 | 9-Oct-15 | 0.27 | | |
| 3-Apr-15 | 0.25 | 10-Jul-15 | 0.27 | 16-Oct-15 | 0.23 | | |

# Post-Judgment Interest Rates - 2014

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 3-Jan-14 | 0.13 | 4-Apr-14 | 0.12 | 4-Jul-14 | 0.11 | 3-Oct-14 | 0.11 |
| 10-Jan-14 | 0.13 | 11-Apr-14 | 0.10 | 11-Jul-14 | 0.11 | 10-Oct-14 | 0.10 |
| 17-Jan-14 | 0.11 | 18-Apr-14 | 0.11 | 18-Jul-14 | 0.11 | 17-Oct-14 | 0.10 |
| 24-Jan-14 | 0.11 | 25-Apr-14 | 0.11 | 25-Jul-14 | 0.11 | 24-Oct-14 | 0.11 |
| 31-Jan-14 | 0.11 | 2-May-14 | 0.10 | 1-Aug-14 | 0.12 | 31-Oct-14 | 0.11 |
| 7-Feb-14 | 0.12 | 9-May-14 | 0.10 | 8-Aug-14 | 0.11 | 7-Nov-14 | 0.12 |
| 14-Feb-14 | 0.12 | 16-May-14 | 0.09 | 15-Aug-14 | 0.10 | 14-Nov-14 | |
| 21-Feb-14 | 0.12 | 23-May-14 | 0.09 | 22-Aug-14 | 0.11 | 21-Nov-14 | |
| 28-Feb-14 | 0.11 | 30-May-14 | 0.10 | 29-Aug-14 | 0.11 | 28-Nov-14 | |
| 7-Mar-14 | 0.12 | 6-Jun-14 | 0.10 | 5-Sep-14 | 0.10 | 5-Dec-14 | |
| 14-Mar-14 | 0.12 | 13-Jun-14 | 0.11 | 12-Sep-14 | 0.11 | 12-Dec-14 | |
| 21-Mar-14 | 0.14 | 20-Jun-14 | 0.10 | 19-Sep-14 | 0.12 | 19-Dec-14 | |
| 28-Mar-14 | 0.13 | 27-Jun-14 | 0.11 | 26-Sep-14 | 0.10 | 26-Dec-14 | |

# Post-Judgment Interest Rates - 2013

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 4-Jan-13 | 0.15 | 5-Apr-13 | 0.13 | 5-Jul-13 | 0.15 | 4-Oct-13 | 0.11 |
| 11-Jan-13 | 0.14 | 12-Apr-13 | 0.12 | 12-Jul-13 | 0.13 | 11-Oct-13 | 0.14 |
| 18-Jan-13 | 0.14 | 19-Apr-13 | 0.12 | 19-Jul-13 | 0.11 | 18-Oct-13 | 0.14 |
| 25-Jan-13 | 0.15 | 26-Apr-13 | 0.12 | 26-Jul-13 | 0.11 | 25-Oct-13 | 0.11 |
| 1-Feb-13 | 0.15 | 3-May-13 | 0.11 | 2-Aug-13 | 0.11 | 1-Nov-13 | 0.11 |
| 8-Feb-13 | 0.15 | 10-May-13 | 0.11 | 9-Aug-13 | 0.12 | 8-Nov-13 | 0.11 |
| 15-Feb-13 | 0.15 | 17-May-13 | 0.11 | 16-Aug-13 | 0.12 | 15-Nov-13 | 0.13 |
| 22-Feb-13 | 0.17 | 24-May-13 | 0.12 | 23-Aug-13 | 0.14 | 22-Nov-13 | 0.13 |
| 1-Mar-13 | 0.17 | 31-May-13 | 0.14 | 30-Aug-13 | 0.13 | 29-Nov-13 | 0.13 |
| 8-Mar-13 | 0.15 | 7-Jun-13 | 0.14 | 6-Sep-13 | 0.15 | 6-Dec-13 | 0.13 |
| 15-Mar-13 | 0.15 | 14-Jun-13 | 0.14 | 13-Sep-13 | 0.13 | 13-Dec-13 | 0.14 |
| 22-Mar-13 | 0.15 | 21-Jun-13 | 0.13 | 20-Sep-13 | 0.11 | 20-Dec-13 | 0.13 |
| 29-Mar-13 | 0.14 | 28-Jun-13 | 0.16 | 27-Sep-13 | 0.10 | 27-Dec-13 | 0.13 |

**POST-JUDGMENT INTEREST RATES – 2012**

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 6-Jan-12 | 0.12 | 6---Apr---12 | 0.19 | 6---Jul---12 | 0.20 | 5---Oct---12 | 0.17 |
| 13-Jan-12 | 0.11 | 13---Apr---12 | 0.18 | 13---Jul---12 | 0.20 | 12---Oct---12 | 0.18 |
| 20-Jan-12 | 0.11 | 20---Apr---12 | 0.18 | 20---Jul---12 | 0.18 | 19---Oct---12 | 0.18 |
| 27-Jan-12 | 0.12 | 27---Apr---12 | 0.18 | 27---Jul---12 | 0.17 | 26---Oct---12 | 0.19 |
| 3---Feb---12 | 0.13 | 4-May-12 | 0.19 | 3---Aug---12 | 0.17 | 2---Nov---12 | 0.18 |
| 10---Feb---12 | 0.15 | 11-May-12 | 0.18 | 10---Aug---12 | 0.18 | 9---Nov---12 | 0.19 |
| 17---Feb---12 | 0.17 | 18-May-12 | 0.20 | 17---Aug---12 | 0.19 | 16---Nov---12 | 0.17 |
| 24---Feb---12 | 0.17 | 25-May-12 | 0.21 | 24---Aug---12 | 0.19 | 23---Nov---12 | 0.17 |
| 2-Mar-12 | 0.18 | 1---Jun---12 | 0.19 | 31---Aug---12 | 0.17 | 30---Nov---12 | 0.18 |
| 9-Mar-12 | 0.18 | 8---Jun---12 | 0.18 | 7---Sep---12 | 0.17 | 7---Dec---12 | 0.18 |
| 16-Mar-12 | 0.20 | 15---Jun---12 | 0.18 | 14---Sep---12 | 0.18 | 14---Dec---12 | 0.15 |
| 23-Mar-12 | 0.20 | 22---Jun---12 | 0.19 | 21---Sep---12 | 0.18 | 21---Dec---12 | 0.15 |
| 30-Mar-12 | 0.18 | 29---Jun---12 | 0.21 | 28---Sep---12 | 0.17 | 28---Dec---12 | 0.16 |

**POST-JUDGMENT INTEREST RATES – 2011**

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 7-Jan-11 | 0.29 | 8---Apr---11 | 0.27 | 8---Jul---11 | 0.19 | 7---Oct---11 | 0.11 |
| 14-Jan-11 | 0.27 | 15---Apr---11 | 0.24 | 15---Jul---11 | 0.16 | 14---Oct---11 | 0.11 |
| 21-Jan-11 | 0.27 | 22---Apr---11 | 0.24 | 22---Jul---11 | 0.18 | 21---Oct---11 | 0.12 |
| 28-Jan-11 | 0.26 | 29---Apr---11 | 0.22 | 29---Jul---11 | 0.21 | 28---Oct---11 | 0.12 |
| 4---Feb---11 | 0.28 | 6-May-11 | 0.20 | 5---Aug---11 | 0.16 | 4---Nov---11 | 0.12 |
| 11---Feb---11 | 0.30 | 13-May-11 | 0.18 | 12---Aug---11 | 0.11 | 11---Nov---11 | 0.10 |
| 18---Feb---11 | 0.29 | 20-May-11 | 0.19 | 19---Aug---11 | 0.11 | 18---Nov---11 | 0.11 |
| 25---Feb---11 | 0.27 | 27-May-11 | 0.19 | 26---Aug---11 | 0.10 | 25---Nov---11 | 0.12 |
| 4-Mar-11 | 0.26 | 3---Jun---11 | 0.18 | 2---Sep---11 | 0.10 | 2---Dec---11 | 0.13 |
| 11-Mar-11 | 0.25 | 10---Jun---11 | 0.18 | 9---Sep---11 | 0.12 | 9---Dec---11 | 0.11 |
| 18-Mar-11 | 0.23 | 17---Jun---11 | 0.18 | 16---Sep---11 | 0.10 | 16---Dec---11 | 0.11 |
| 25-Mar-11 | 0.26 | 24---Jun---11 | 0.17 | 23---Sep---11 | 0.10 | 23---Dec---11 | 0.12 |
| 1---Apr---11 | 0.30 | 1---Jul---11 | 0.19 | 30---Sep---11 | 0.11 | 30---Dec---11 | 0.12 |

**POST-JUDGMENT INTEREST RATES – 2010**

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 1-Jan-10 | 0.47 | 9---Apr---10 | 0.47 | 9---Jul---10 | 0.31 | 8---Oct---10 | 0.24 |
| 8-Jan-10 | 0.41 | 16---Apr---10 | 0.44 | 16---Jul---10 | 0.28 | 15---Oct---10 | 0.22 |
| 15-Jan-10 | 0.35 | 23---Apr---10 | 0.44 | 23---Jul---10 | 0.27 | 22---Oct---10 | 0.22 |
| 22-Jan-10 | 0.31 | 30---Apr---10 | 0.43 | 30---Jul---10 | 0.30 | 29---Oct---10 | 0.23 |
| 29-Jan-10 | 0.31 | 7-May-10 | 0.39 | 6---Aug---10 | 0.27 | 5---Nov---10 | 0.22 |
| 5---Feb---10 | 0.33 | 14-May-10 | 0.38 | 13---Aug---10 | 0.25 | 12---Nov---10 | 0.24 |
| 12---Feb---10 | 0.35 | 21-May-10 | 0.35 | 20---Aug---10 | 0.25 | 19---Nov---10 | 0.27 |
| 19---Feb---10 | 0.36 | 28-May-10 | 0.36 | 27---Aug---10 | 0.26 | 26---Nov---10 | 0.27 |
| 26---Feb---10 | 0.34 | 4---Jun---10 | 0.36 | 3---Sep---10 | 0.25 | 3---Dec---10 | 0.28 |
| 5-Mar-10 | 0.34 | 11---Jun---10 | 0.33 | 10---Sep---10 | 0.26 | 10---Dec---10 | 0.29 |
| 12-Mar-10 | 0.39 | 18---Jun---10 | 0.30 | 17---Sep---10 | 0.26 | 17---Dec---10 | 0.30 |
| 19-Mar-10 | 0.41 | 25---Jun---10 | 0.29 | 24---Sep---10 | 0.25 | 24---Dec---10 | 0.30 |
| 26-Mar-10 | 0.42 | 2---Jul---10 | 0.31 | 1---Oct---10 | 0.26 | 31---Dec---10 | 0.30 |
| 2---Apr---10 | 0.43 | | | | | | |

**POST-JUDGMENT INTEREST RATES – 2009**

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 2-Jan-09 | 0.37 | 3---Apr---09 | 0.58 | 3---Jul---09 | 0.53 | 2---Oct---09 | 0.39 |
| 9-Jan-09 | 0.44 | 10---Apr---09 | 0.60 | 10---Jul---09 | 0.46 | 9---Oct---09 | 0.36 |
| 16-Jan-09 | 0.43 | 17---Apr---09 | 0.55 | 17---Jul---09 | 0.48 | 16---Oct---09 | 0.36 |
| 23-Jan-09 | 0.43 | 24---Apr---09 | 0.52 | 24---Jul---09 | 0.47 | 23---Oct---09 | 0.39 |
| 30-Jan-09 | 0.49 | 1-May-09 | 0.50 | 31---Jul---09 | 0.49 | 30---Oct---09 | 0.39 |
| 6---Feb---09 | 0.54 | 8-May-09 | 0.53 | 7---Aug---09 | 0.49 | 6---Nov---09 | 0.36 |
| 13---Feb---09 | 0.60 | 15-May-09 | 0.52 | 14---Aug---09 | 0.47 | 13---Nov---09 | 0.33 |
| 20---Feb---09 | 0.64 | 22-May-09 | 0.47 | 21---Aug---09 | 0.44 | 20---Nov---09 | 0.29 |
| 27---Feb---09 | 0.72 | 29-May-09 | 0.49 | 28---Aug---09 | 0.45 | 27---Nov---09 | 0.27 |
| 6-Mar-09 | 0.68 | 5---Jun---09 | 0.50 | 4---Sep---09 | 0.42 | 4---Dec---09 | 0.29 |
| 13-Mar-09 | 0.70 | 12---Jun---09 | 0.56 | 11---Sep---09 | 0.40 | 11---Dec---09 | 0.32 |
| 20-Mar-09 | 0.64 | 19---Jun---09 | 0.51 | 18---Sep---09 | 0.40 | 18---Dec---09 | 0.37 |
| 27-Mar-09 | 0.59 | 26---Jun---09 | 0.48 | 25---Sep---09 | 0.41 | 25---Dec---09 | 0.41 |

**POST-JUDGMENT INTEREST RATES – 2008**

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 4-Jan-08 | 3.18 | 4---Apr---08 | 1.63 | 4---Jul---08 | 2.35 | 3---Oct---08 | 1.59 |
| 11-Jan-08 | 3.04 | 11---Apr---08 | 1.63 | 11---Jul---08 | 2.25 | 10---Oct---08 | 1.24 |
| 18-Jan-08 | 2.83 | 18---Apr---08 | 1.67 | 18---Jul---08 | 2.21 | 17---Oct---08 | 1.25 |
| 25-Jan-08 | 2.31 | 25---Apr---08 | 1.88 | 25---Jul---08 | 2.33 | 24---Oct---08 | 1.66 |
| 1---Feb---08 | 2.23 | 2-May-08 | 1.93 | 1---Aug---08 | 2.30 | 31---Oct---08 | 1.44 |
| 8---Feb---08 | 2.08 | 9-May-08 | 1.94 | 8---Aug---08 | 2.23 | 7---Nov---08 | 1.24 |
| 15---Feb---08 | 2.04 | 16-May-08 | 2.07 | 15---Aug---08 | 2.18 | 14---Nov---08 | 1.12 |
| 22---Feb---08 | 2.10 | 23-May-08 | 2.09 | 22---Aug---08 | 2.12 | 21---Nov---08 | 0.96 |
| 29---Feb---08 | 1.98 | 30-May-08 | 2.19 | 29---Aug---08 | 2.17 | 28---Nov---08 | 0.93 |
| 7-Mar-08 | 1.66 | 6---Jun---08 | 2.14 | 5---Sep---08 | 2.08 | 5---Dec---08 | 0.69 |
| 14-Mar-08 | 1.52 | 13---Jun---08 | 2.51 | 12---Sep---08 | 2.05 | 12---Dec---08 | 0.50 |
| 21-Mar-08 | 1.35 | 20---Jun---08 | 2.57 | 19---Sep---08 | 1.69 | 19---Dec---08 | 0.45 |
| 28-Mar-08 | 1.60 | 27---Jun---08 | 2.46 | 26---Sep---08 | 1.95 | 26---Dec---08 | 0.40 |

**POST-JUDGMENT INTEREST RATES – 2007**

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 5-Jan-07 | 4.98 | 6---Apr---07 | 4.94 | 6---Jul---07 | 4.99 | 5---Oct---07 | 4.12 |
| 12-Jan-07 | 5.03 | 13---Apr---07 | 4.97 | 13---Jul---07 | 5.00 | 12---Oct---07 | 4.24 |
| 19-Jan-07 | 5.08 | 20---Apr---07 | 4.93 | 20---Jul---07 | 4.99 | 19---Oct---07 | 4.14 |
| 26-Jan-07 | 5.10 | 27---Apr---07 | 4.90 | 27---Jul---07 | 4.91 | 26---Oct---07 | 3.97 |
| 2---Feb---07 | 5.10 | 4-May-07 | 4.90 | 3---Aug---07 | 4.83 | 2---Nov---07 | 3.93 |
| 9---Feb---07 | 5.07 | 11-May-07 | 4.89 | 10---Aug---07 | 4.78 | 9---Nov---07 | 3.72 |
| 16---Feb---07 | 5.07 | 18-May-07 | 4.86 | 17---Aug---07 | 4.44 | 16---Nov---07 | 3.58 |
| 23---Feb---07 | 5.05 | 25-May-07 | 4.95 | 24---Aug---07 | 4.16 | 23---Nov---07 | 3.30 |
| 2-Mar-07 | 4.96 | 1---Jun---07 | 4.96 | 31---Aug---07 | 4.30 | 30---Nov---07 | 3.25 |
| 9-Mar-07 | 4.92 | 8---Jun---07 | 4.98 | 7---Sep---07 | 4.27 | 7---Dec---07 | 3.17 |
| 16-Mar-07 | 4.93 | 15---Jun---07 | 4.98 | 14---Sep---07 | 4.15 | 14---Dec---07 | 3.20 |
| 23-Mar-07 | 4.93 | 22---Jun---07 | 4.95 | 21---Sep---07 | 4.11 | 21---Dec---07 | 3.28 |
| 30-Mar-07 | 4.90 | 29---Jun---07 | 4.94 | 28---Sep---07 | 4.05 | 28---Dec---07 | 3.42 |

**POST-JUDGMENT INTEREST RATES – 2006**

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 6-Jan-06 | 4.37 | 7---Apr---06 | 4.85 | 7---Jul---06 | 5.27 | 6---Oct---06 | 4.90 |
| 13-Jan-06 | 4.41 | 14---Apr---06 | 4.91 | 14---Jul---06 | 5.24 | 13---Oct---06 | 5.03 |
| 20-Jan-06 | 4.43 | 21---Apr---06 | 4.90 | 21---Jul---06 | 5.22 | 20---Oct---06 | 5.05 |
| 27-Jan-06 | 4.50 | 28---Apr---06 | 4.94 | 28---Jul---06 | 5.17 | 27---Oct---06 | 5.07 |
| 3---Feb---06 | 4.60 | 5-May-06 | 4.98 | 4---Aug---06 | 5.10 | 3---Nov---06 | 5.00 |
| 10---Feb---06 | 4.67 | 12-May-06 | 5.01 | 11---Aug---06 | 5.09 | 10---Nov---06 | 5.03 |
| 17---Feb---06 | 4.70 | 19-May-06 | 4.98 | 18---Aug---06 | 5.10 | 17---Nov---06 | 5.03 |
| 24---Feb---06 | 4.72 | 26-May-06 | 4.99 | 25---Aug---06 | 5.07 | 24---Nov---06 | 5.01 |
| 3-Mar-06 | 4.74 | 2---Jun---06 | 5.03 | 1---Sep---06 | 5.03 | 1---Dec---06 | 4.95 |
| 10-Mar-06 | 4.77 | 9---Jun---06 | 5.04 | 8---Sep---06 | 5.02 | 8---Dec---06 | 4.90 |
| 17-Mar-06 | 4.76 | 16---Jun---06 | 5.13 | 15---Sep---06 | 5.02 | 15---Dec---06 | 4.95 |
| 24-Mar-06 | 4.77 | 23---Jun---06 | 5.24 | 22---Sep---06 | 4.97 | 22---Dec---06 | 4.96 |
| 31-Mar-06 | 4.82 | 30---Jun---06 | 5.27 | 29---Sep---06 | 4.90 | 29---Dec---06 | 4.99 |

**POST-JUDGMENT INTEREST RATES – 2005**

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 7-Jan-05 | 2.82 | 8---Apr---05 | 3.33 | 8---Jul---05 | 3.52 | 7---Oct---05 | 4.08 |
| 14-Jan-05 | 2.85 | 15---Apr---05 | 3.32 | 15---Jul---05 | 3.59 | 14---Oct---05 | 4.14 |
| 21-Jan-05 | 2.87 | 22---Apr---05 | 3.28 | 22---Jul---05 | 3.68 | 21---Oct---05 | 4.19 |
| 28-Jan-05 | 2.89 | 29---Apr---05 | 3.33 | 29---Jul---05 | 3.77 | 28---Oct---05 | 4.26 |
| 4---Feb---05 | 2.95 | 6-May-05 | 3.33 | 5---Aug---05 | 3.84 | 4---Nov---05 | 4.32 |
| 11---Feb---05 | 2.96 | 13-May-05 | 3.35 | 12---Aug---05 | 3.90 | 11---Nov---05 | 4.35 |
| 18---Feb---05 | 3.05 | 20-May-05 | 3.32 | 19---Aug---05 | 3.89 | 18---Nov---05 | 4.36 |
| 25---Feb---05 | 3.13 | 27-May-05 | 3.32 | 26---Aug---05 | 3.88 | 25---Nov---05 | 4.30 |
| 4-Mar-05 | 3.20 | 3---Jun---05 | 3.28 | 2---Sep---05 | 3.77 | 2---Dec---05 | 4.34 |
| 11-Mar-05 | 3.24 | 10---Jun---05 | 3.30 | 9---Sep---05 | 3.76 | 9---Dec---05 | 4.35 |
| 18-Mar-05 | 3.31 | 17---Jun---05 | 3.39 | 16---Sep---05 | 3.82 | 16---Dec---05 | 4.34 |
| 25-Mar-05 | 3.38 | 24---Jun---05 | 3.40 | 23---Sep---05 | 3.88 | 23---Dec---05 | 4.37 |
| 1---Apr---05 | 3.38 | 1---Jul---05 | 3.46 | 30---Sep---05 | 3.97 | 30---Dec---05 | 4.36 |

**POST-JUDGMENT INTEREST RATES – 2004**

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) |
|---|---|
| 2-Jan-04 | 1.29 |
| 9-Jan-04 | 1.29 |
| 16-Jan-04 | 1.19 |
| 23-Jan-04 | 1.20 |
| 30-Jan-04 | 1.25 |
| 6---Feb---04 | 1.28 |
| 13---Feb---04 | 1.24 |
| 20---Feb---04 | 1.23 |
| 27---Feb---04 | 1.22 |
| 5-Mar-04 | 1.23 |
| 12-Mar-04 | 1.16 |
| 19-Mar-04 | 1.18 |
| 26-Mar-04 | 1.17 |
| 2---Apr---04 | 1.23 |

| Week Ending | Rate (%) |
|---|---|
| 9---Apr---04 | 1.32 |
| 16---Apr---04 | 1.41 |
| 23---Apr---04 | 1.50 |
| 30---Apr---04 | 1.55 |
| 7-May-04 | 1.63 |
| 14-May-04 | 1.83 |
| 21-May-04 | 1.83 |
| 28-May-04 | 1.82 |
| 4---Jun---04 | 1.92 |
| 11---Jun---04 | 2.07 |
| 18---Jun---04 | 2.22 |
| 25---Jun---04 | 2.16 |
| 2---Jul---04 | 2.14 |

| Week Ending | Rate (%) |
|---|---|
| 9---Jul---04 | 2.04 |
| 16---Jul---04 | 2.07 |
| 23---Jul---04 | 2.12 |
| 30---Jul---04 | 2.16 |
| 6---Aug---04 | 2.07 |
| 13---Aug---04 | 1.99 |
| 20---Aug---04 | 1.98 |
| 27---Aug---04 | 2.03 |
| 3---Sep---04 | 2.03 |
| 10---Sep---04 | 2.10 |
| 17---Sep---04 | 2.09 |
| 24---Sep---04 | 2.14 |
| 1---Oct---04 | 2.20 |

| Week Ending | Rate (%) |
|---|---|
| 8---Oct---04 | 2.24 |
| 15---Oct---04 | 2.18 |
| 22---Oct---04 | 2.22 |
| 29---Oct---04 | 2.27 |
| 5---Nov---04 | 2.35 |
| 12---Nov---04 | 2.47 |
| 19---Nov---04 | 2.53 |
| 26---Nov---04 | 2.60 |
| 3---Dec---04 | 2.62 |
| 10---Dec---04 | 2.60 |
| 17---Dec---04 | 2.66 |
| 24---Dec---04 | 2.71 |
| 31---Dec---04 | 2.77 |

**POST-JUDGMENT INTEREST RATES – 2003**

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 3-Jan-03 | 1.38 | 4---Apr---03 | 1.19 | 4---Jul---03 | 1.07 | 3---Oct---03 | 1.17 |
| 10-Jan-03 | 1.41 | 11---Apr---03 | 1.25 | 11---Jul---03 | 1.08 | 10---Oct---03 | 1.20 |
| 17-Jan-03 | 1.38 | 18---Apr---03 | 1.33 | 18---Jul---03 | 1.10 | 17---Oct---03 | 1.29 |
| 24-Jan-03 | 1.32 | 25---Apr---03 | 1.31 | 25---Jul---03 | 1.13 | 24---Oct---03 | 1.30 |
| 31-Jan-03 | 1.32 | 2-May-03 | 1.25 | 1---Aug---03 | 1.22 | 31---Oct---03 | 1.30 |
| 7---Feb---03 | 1.32 | 9-May-03 | 1.23 | 8---Aug---03 | 1.26 | 7---Nov---03 | 1.35 |
| 14---Feb---03 | 1.30 | 16-May-03 | 1.20 | 15---Aug---03 | 1.29 | 14---Nov---03 | 1.36 |
| 21---Feb---03 | 1.30 | 23-May-03 | 1.13 | 22---Aug---03 | 1.33 | 21---Nov---03 | 1.30 |
| 28---Feb---03 | 1.27 | 30-May-03 | 1.13 | 29---Aug---03 | 1.35 | 28---Nov---03 | 1.35 |
| 7-Mar-03 | 1.22 | 6---Jun---03 | 1.08 | 5---Sep---03 | 1.33 | 5---Dec---03 | 1.37 |
| 14-Mar-03 | 1.16 | 13---Jun---03 | 0.97 | 12---Sep---03 | 1.22 | 12---Dec---03 | 1.31 |
| 21-Mar-03 | 1.32 | 20---Jun---03 | 0.95 | 19---Sep---03 | 1.21 | 19---Dec---03 | 1.27 |
| 28-Mar-03 | 1.27 | 27---Jun---03 | 1.02 | 26---Sep---03 | 1.22 | 26---Dec---03 | 1.28 |

**POST-JUDGMENT INTEREST RATES – 2002**

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 4-Jan-02 | 2.24 | 5---Apr---02 | 2.64 | 5---Jul---02 | 2.06 | 4---Oct---02 | 1.55 |
| 11-Jan-02 | 2.13 | 12---Apr---02 | 2.53 | 12---Jul---02 | 2.00 | 11---Oct---02 | 1.59 |
| 18-Jan-02 | 2.03 | 19---Apr---02 | 2.42 | 19---Jul---02 | 1.97 | 18---Oct---02 | 1.77 |
| 25-Jan-02 | 2.18 | 26---Apr---02 | 2.36 | 26---Jul---02 | 1.88 | 25---Oct---02 | 1.79 |
| 1---Feb---02 | 2.25 | 3-May-02 | 2.33 | 2---Aug---02 | 1.82 | 1---Nov---02 | 1.51 |
| 8---Feb---02 | 2.19 | 10-May-02 | 2.31 | 9---Aug---02 | 1.67 | 8---Nov---02 | 1.46 |
| 15---Feb---02 | 2.24 | 17-May-02 | 2.40 | 16---Aug---02 | 1.76 | 15---Nov---02 | 1.46 |
| 22---Feb---02 | 2.24 | 24-May-02 | 2.38 | 23---Aug---02 | 1.81 | 22---Nov---02 | 1.51 |
| 1-Mar-02 | 2.28 | 31-May-02 | 2.35 | 30---Aug---02 | 1.80 | 29---Nov---02 | 1.55 |
| 8-Mar-02 | 2.41 | 7---Jun---02 | 2.32 | 6---Sep---02 | 1.70 | 6---Dec---02 | 1.53 |
| 15-Mar-02 | 2.58 | 14---Jun---02 | 2.24 | 13---Sep---02 | 1.78 | 13---Dec---02 | 1.47 |
| 22-Mar-02 | 2.66 | 21---Jun---02 | 2.13 | 20---Sep---02 | 1.73 | 20---Dec---02 | 1.43 |
| 29-Mar-02 | 2.70 | 28---Jun---02 | 2.10 | 27---Sep---02 | 1.68 | 27---Dec---02 | 1.41 |

**POST-JUDGMENT INTEREST RATES – 2001**

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) | Week Ending | Rate (%) |
|---|---|---|---|---|---|---|---|
| 5-Jan-01 | 4.89 | 6---Apr---01 | 4.00 | 6---Jul---01 | 3.70 | 5---Oct---01 | 2.40 |
| 12-Jan-01 | 4.79 | 13---Apr---01 | 4.07 | 13---Jul---01 | 3.62 | 12---Oct---01 | 2.39 |
| 19-Jan-01 | 4.85 | 20---Apr---01 | 4.04 | 20---Jul---01 | 3.60 | 19---Oct---01 | 2.37 |
| 26-Jan-01 | 4.83 | 27---Apr---01 | 3.82 | 27---Jul---01 | 3.59 | 26---Oct---01 | 2.31 |
| 2---Feb---01 | 4.66 | 4-May-01 | 3.90 | 3---Aug---01 | 3.56 | 2---Nov---01 | 2.11 |
| 9---Feb---01 | 4.72 | 11-May-01 | 3.76 | 10---Aug---01 | 3.50 | 9---Nov---01 | 1.99 |
| 16---Feb---01 | 4.80 | 18-May-01 | 3.76 | 17---Aug---01 | 3.44 | 16---Nov---01 | 2.24 |
| 23---Feb---01 | 4.69 | 25-May-01 | 3.78 | 24---Aug---01 | 3.45 | 23---Nov---01 | 2.35 |
| 2-Mar-01 | 4.47 | 1---Jun---01 | 3.70 | 31---Aug---01 | 3.44 | 30---Nov---01 | 2.23 |
| 9-Mar-01 | 4.47 | 8---Jun---01 | 3.64 | 7---Sep---01 | 3.43 | 7---Dec---01 | 2.21 |
| 16-Mar-01 | 4.31 | 15---Jun---01 | 3.59 | 14---Sep---01 | 2.95 | 14---Dec---01 | 2.17 |
| 23-Mar-01 | 4.17 | 22---Jun---01 | 3.46 | 21---Sep---01 | 2.60 | 21---Dec---01 | 2.23 |
| 30-Mar-01 | 4.19 | 29---Jun---01 | 3.60 | 28---Sep---01 | 2.49 | 28---Dec---01 | 2.28 |

**POST-JUDGMENT INTEREST RATES - 2000**

To find the applicable interest rate, select the week preceding the date of judgment (or the date interest would otherwise apply). If your judgment date is the same as the release date, you should select the prior week's release, as the releases are considered to be issued at the close of the business on the date of release.

| Week Ending | Rate (%) |
|---|---|
| 22---Dec---00 | 5.44 |
| 29---Dec---00 | 5.34 |