# EXHIBIT 2

# EXHIBIT 2

**JENNER&BLOCK**

**DAMAGES CALCULATION - IRAN JUDGMENT MATTER**

*Damages:*

| Item | # | Avg. Rate (Variables) | Total |
|---|---|---|---|
| Economic | | | $2,568,634 |
| Pain & Suffering / Decedent | 2 | $6,500,000 | $13,000,000 |
| Solatium | | | $16,500,000 |
| Punitive | | | $300,000,000 |
| Pre-judgment Interest | | | $0 |
| Post-judgment Interest | | | $3,131,495 |
| **Grand Total** | | | **$335,200,128.54** |

**Pre-Judgment Compound Interest**

| | |
|---|---|
| Principal | |
| Interest Rate | 0.00% |
| Period Start | |
| Period End | |
| Term (Years) | 0.0 |
| Future Value (1) | $0 |
| **Pre-Judgment Interest** | **$0** |

**Post-Judgment Compound Interest**

| | |
|---|---|
| Principal | $332,068,634 |
| Interest Rate | 0.18% |
| Period Start | 5/14/12 |
| Period End | 8/1/17 |
| Term (Years) | 5.2 |
| Future Value (1) | $335,200,129 |
| **Post-Judgment Int. (Period 1)** | **$3,131,495** |
| Payment | ($1,000,000) |
| Principal | $334,200,129 |
| Interest Rate | 0.18% |
| Period Start | 8/1/17 |
| Period End | 4/24/24 |
| Term (Years) | 6.7 |
| Future Value (1) | $338,272,150 |
| **Post-Judgment Int. (Period 2)** | **$4,072,021** |
| **TOTAL POST-JUDGMENT INT.** | **$7,203,516** |

*Notes & Assumptions:*
1) Interest amounts are compounded annually.
2) Interest rates and periods provided by D. Mitchell.